United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SEEMA KHAN )<br><br>            Plaintiff, )<br><br>    v. )<br><br>WORLD SAVINGS BANK, FSB, )<br><br>            Defendant. )<br>                                        ) | Case No.: 10-CV-04057-LHK<br><br>ORDER DENYING MOTION TO SUBSTITUTE COUNSEL |

This action was originally filed in the Superior Court for the County of Santa Clara on August 2, 2010.  On September 9, 2010, Defendant World Savings Bank removed the action to this Court.  World Savings Bank then filed a Motion to Dismiss the complaint on September 16, 2010.  *See* Dkt. No. 6.  This Motion was originally set for hearing on November 2, 2010 (this date was vacated when the case was reassigned).  *Id*.  As a result, the opposition to this motion was due on October 12, 2010.  Plaintiff's counsel did not timely file an opposition to the Motion to Dismiss, or a statement of non-opposition, as required by Local Rule 7-3(b).  On October 28, 2010, this matter was reassigned to the undersigned per the Defendant's declination to proceed before a Magistrate Judge.  On November 3, 2010, the Defendant filed an Amended Motion to Dismiss.  *See* Dkt. No. 13.  This matter is set for hearing on January 27, 2011.

The Plaintiff shall file an opposition to the Amended Motion to Dismiss, or a statement of non-opposition, by December 13, 2010.

The Defendant shall file a reply brief, if any, by December 20, 2010.

1

Case No.: 10-CV-04057-LHK
ORDER SETTING BRIEFING SCHEDULE

United States District Court
For the Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: November 18, 2010

3                                                          LUCY H. KOH
                                                          United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 10-CV-04057-LHK
ORDER SETTING BRIEFING SCHEDULE