UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEEMA KHAN | Case No.: 10-CV-04057-LHK |
| Plaintiff, | |
| v. | ORDER ENLARGING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT |
| WORLD SAVINGS BANK, FSB, | |
| Defendant. | |

On January 11, 2011, this Court dismissed this case for failure to state a claim, and granted Plaintiff leave to amend within 30 days of the order. On February 4, 2011, Plaintiff filed a request for additional time to file an amended complaint. Plaintiff states that her attorney of record has been non-responsive and she is therefore attempting to retain additional counsel to determine if her case has merit before filing an amended complaint.

The Court hereby GRANTS Plaintiff's requested enlarging of time. Plaintiff must file an amended complaint by March 28, 2011.

**IT IS SO ORDERED.**

Dated: February 7, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04057-LHK
ORDER ENLARGING TIME

1