UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEEMA KHAN )<br>)<br>              Plaintiff, )<br>       v. )<br>)<br>WORLD SAVINGS BANK, FSB, )<br>)<br>              Defendant. )<br>_____ ) | Case No.: 10-CV-04057-LHK<br><br>ORDER SANCTIONING ATTORNEY<br>WENDELL J. JONES |

For the reasons set forth below, the Court orders a sanction of $1,000, to be paid to the Clerk of Court for the United States District Court, Northern District of California, by attorney Wendell J. Jones. This payment is due by April 15, 2011. Mr. Jones must pay this sanction personally, and may not pass it on to his clients. Mr. Jones must report this sanction to the State Bar of California. *See* Bus. & Prof. Code § 6068(o). In addition, this Court will forward a copy of this Order to the State Bar.

 Mr. Jones has repeatedly failed to respond to deadlines set by the local rules and the orders of this Court. In so doing, Mr. Jones has abandoned his client in the above-captioned case and in another case, *Khan v. World Savings Bank, FSB,* No. 10-cv-04305, also pending before this Court. As outlined in the Order to Show Cause Why Sanctions Should Not Be Imposed, Mr. Jones has failed to respond to numerous deadlines, despite being given repeated notice by this Court that such failure could lead to sanctions:

` 

1

Case No.: 10-CV-04057-LHK
ORDER IMPOSING SANCTIONS

1. Case No. 10-cv-04057 (the instant case)

   August 2, 2010: Mr. Jones files a complaint on behalf of Ms. Khan in Santa Clara County Superior Court

   September 9, 2010: Removal by defendant World Savings Bank, FSB (WSB)

   September 16, 2010: Motions to Dismiss and Strike filed by WSB

   October 12, 2010: Due date for Oppositions or Statements of Nonopposition to Motions to Dismiss and Strike - None are filed, in violation of Local Rule 7-3(b)

   October 28, 2010: Case is reassigned to the undersigned

   November 2, 2010: Mr. Jones submits a proposed "Consent Order Granting Substitution of Attorney" seeking to substitute Ms. Khan as counsel for herself, without complying with Local Rule 11-5(b), giving notice to Ms. Khan, or providing her with time to employ other counsel

   November 3, 2010: The Court denies Mr. Jones' request to substitute counsel, holding that if he wishes to withdraw, he must move to withdraw, provide notice to Ms. Khan, and provide her with an opportunity to employ other counsel, per Local Rule 11-5(b). In the Order, the Court notes Mr. Jones' failure to respond to the Motion to Dismiss, and notes that such failure can lead to sanctions.

   November 3, 2010: WSB files Amended Motions to Dismiss and Strike

   November 18, 2010: The Court orders that Mr. Jones submit an Opposition or Statement of Nonopposition to the Motion to Dismiss by December 13, 2010.

   December 13, 2010: No Opposition or Statement of Nonopposition to the Amended Motion to Dismiss is filed, in violation of Local Rule 7-3(b) and the Court's November 18, 2010 Order

   January 6, 2011: No Opposition or Statement of Nonopposition to the Amended Motion to Strike is filed, in violation of Local Rule 7-3(b)

   January 11, 2011: Court issues an Order to Show Cause why Mr. Jones should not be sanctioned for failures to follow local rules. The Order sets a response deadline of February 17, 2011 and a hearing date of March 17, 2011.

   February 17, 2011: Mr. Jones fails to respond to the Court's Order to Show Cause.

   March 17, 2011: Mr. Jones fails to appear in Court for the hearing on the Order to Show Cause.

2. *Khan v. World Savings Bank*, FSB, No. 10-cv-04305 LHK

   August 18, 2010: Mr. Jones files another complaint in Santa Clara County Superior Court on behalf of Ms. Khan

   September 23, 2010: Removal by defendant WSB

   October 4, 2010: Reassigned to the undersigned

2

Case No.: 10-CV-04057-LHK
ORDER IMPOSING SANCTIONS

      October 12, 2010: Motion to Dismiss filed by WSB

      December 30, 2010: Due date for Opposition or Statement of Nonopposition to Motion to Dismiss - <u>None is filed, in violation of Local Rule 7-3(b)</u>

      January 21, 2011: <u>Court issues an Order to Show Cause why Mr. Jones should not be sanctioned for failures to follow local rules.  The Order sets a response deadline of February 17, 2011 and a hearing date of March 17, 2011.</u>

      February 17, 2011: <u>Mr. Jones fails to respond to the Court's Order to Show Cause.</u>

      March 17, 2011: <u>Mr. Jones fails to appear in Court for the hearing on the Order to Show Cause.</u>

3. *Jones v. PNC Bank, NA*, Case No. 10-01077

      February 1, 2010: Mr. Jones files a complaint in Santa Clara County Superior Court on his own behalf

      March 12, 2010: Removal by defendant PNC

      March 19, 2010: PNC files Motions to Dismiss and Strike

      May 4, 2010: Due date for Opposition or Statement of Nonopposition to Motions to Dismiss and Strike- <u>None is filed, in violation of Local Rule 7-3(b)</u>

      August 2, 2010: Case is reassigned to the undersigned

      August 20, 2010: Court dismisses case, noting Mr. Jones' failure to follow Local Rule 7-3(b)

4. *Huerta v. Ocwen Loan Servicing, Inc.,* No. 09-cv-05822

      In a case before Judge Fogel of this district, Mr. Jones fails to file an opposition or statement of nonopposition in response to a Motion to Dismiss, as noted in Judge Fogel's Order of June 16, 2010.  *See* Dkt. No. 26.  *Huerta v. Ocwen Loan Servicing, Inc.,* No. 09-cv-05822, 2010 U.S. Dist. LEXIS 59750 at *3 (N.D. Cal. June 16, 2010).

    The Court notes that in addition to the above actions, Mr. Jones has failed to oppose or file statements of nonopposition in the following matters within this judicial district:  *Phillips v. Bank of Am. Corp.,* No. C 10-0400 JF, 2010 U.S. Dist. LEXIS 35131 at *1(N.D. Cal. Apr. 9, 2010); *Williams v. Wells Fargo Bank, N.A.,* No. C 10-00399 JF, 2010 U.S. Dist. LEXIS 36247 at *1 (N.D. Cal. Apr. 13, 2010); *Mendoza v. CitiMortgage, Inc.,* No. 10-CV-03550-LHK at *1, 2011 U.S. Dist. LEXIS 16769 (N.D. Cal. Feb. 18, 2011); *Periera v. JP Morgan Chase Bank,* No. 10-CV-00648 PVT (N.D. Cal. 2010) (see Dkt. No. 9).  Although these other matters are not the basis for the

sanctions imposed by the undersigned Judge, the Court notes that Mr. Jones has engaged in a disturbing pattern and practice of failure to follow the Local Rules and to represent his clients.[1]

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

---

[1] The website of the Law Offices of Wendell J. Jones states that "we help people in financial distress" and that Mr. Jones' specific areas of practice include "mortgage law, foreclosure defense, loan modification and bankruptcy."

4

Case No.: 10-CV-04057-LHK
ORDER IMPOSING SANCTIONS