UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEEMA KHAN | Case No.: 10-CV-04057-LHK |
| Plaintiff, | |
| v. | ORDER ENLARGING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT |
| WORLD SAVINGS BANK, FSB, | |
| Defendant. | |

The Court dismissed Plaintiff's complaint on January 11, 2011, finding that Plaintiff had failed to state a claim. *See* Dkt. No. 19. The Court gave Plaintiff 30 days to amend her complaint. *Id.* Thus, the deadline for any amended complaint was February 10, 2011. On February 4, 2011, Plaintiff filed a motion for extended time to file her amended complaint, stating that the attorney who had filed the matter on her behalf had stopped communicating with her, and she needed time to find new counsel. *See* Dkt. No. 21. The Court extended the deadline for Plaintiff's amended complaint to March 28, 2011. *See* Dkt. No. 20. Today, March 28, 2011, Plaintiff filed another request for an extension of time to file her amended complaint. Plaintiff states that she has identified an attorney to represent her and will have a signed retention agreement by April 5, 2011. The Court grants Plaintiff's requested extension, but cautions that no further extensions will be granted. Plaintiff must file an amended complaint by April 28, 2011, or the case will be dismissed.

1

Case No.: 10-CV-04057-LHK
ORDER ENLARGING TIME TO FILE AMENDED COMPLAINT

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
LUCY H. KOH
United States District Judge